# Exhibit 1

**Registration Number**

# VA 2-407-256

**Effective Date of Registration:**
August 01, 2024
**Registration Decision Date:**
August 12, 2024

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** January 06, 2023 to December 29, 2023

## Title

| | |
|---|---|
| **Title of Group:** | women's clothing 2023 |
| **Number of Photographs in Group:** | 298 |

- **Individual Photographs:** 5076086-1,
5076086-2,
5076086-3,
5076086-4,
5076086-5,
5076086-6,
5076086-7,

**Published:** January 2023

- **Individual Photographs:** 4997045-1,
4997045-2,
4997045-3,
4997045-4,
4997045-5,
4997045-6,
4997045-7,
4997045-8,
4997045-9,
4997045-10,
4997045-11,
5085104-1,
5085104-2,
5085104-3,
5085104-4,
5085104-5,
5079303-1,
5079303-2,
5079303-3,
5079303-4,
5079303-5,
5079303-6,
5079303-7,
5084468-1,

Page 1 of 8

5084468-2,
5084468-3,
5084468-4,
5084468-5,
5084468-6,

**Published:** February 2023

- **Individual Photographs:** 5084263-1,
5084263-2,
5084263-3,
5084263-4,
5084263-5,
5084263-6,
5086966-1,
5086966-2,
5088443-1,
5088443-2,
5088443-3,
5088443-4,
5088443-5,
5088443-6,
5088443-7,
5088443-8,
5088443-9,

**Published:** March 2023

- **Individual Photographs:** 5092442-1,
5092442-2,
5092442-3,
5092442-4,
5092442-5,
5092442-6,
5088319-1,
5088319-2,
5088319-3,
5088319-4,
5088319-5,
5088319-6,
5094571-1,
5094571-2,
5094571-3,
5094571-4,
5094571-5,
5089592-1,
5089592-2,
5089592-3,
5089592-4,
5089592-5,
5089592-6,

**Published:** April 2023

- **Individual Photographs:** 5099790-1,
5099790-2,
5099790-3,
5099790-4,
5099790-5,
5099790-6,

|  |  |  |
|---|---|---|
| | **Published:** | June 2023 |
| • **Individual Photographs:** | | 5105086-1, 5105086-2, 5105086-3, 5105086-4, 5105086-5, 5105086-6, 5105086-7, 5105086-8, 5105086-9, 5104415-1, 5104415-2, 5104415-3, 5104415-4, 5104415-5, 5104415-6, 5104415-7, 5104415-8, 5106404-1, 5106404-2, 5106404-3, 5106404-4, 5106404-5, 5106404-6, 5106404-7, 5106404-8, 5106404-9, |
| | **Published:** | July 2023 |
| • **Individual Photographs:** | | 5109178-1, 5109178-2, 5109178-3, 5109178-4, 5109178-5, 5109178-6, 5109178-7, 5108373-1, 5108373-2, 5108373-3, 5108373-4, 5108373-5, 5108373-6, 5108373-7, 5108373-8, 5108373-9, 5046054-1, 5046054-2, 5046054-3, 5046054-4, 5046054-5, 5046054-6, 5046054-7, 5112343-1, 5112343-2, 5112343-3, 5112343-4, 5112343-5, |

5112343-6,
5112343-7,
5112343-8,
5112343-9,
5112343-10,

**Published:** August 2023

- **Individual Photographs:** 5115906-1,
5115906-2,
5115906-3,
5115906-4,
5115906-5,
5115906-6,
5115906-7,
5115906-8,
5115906-9,
5114030-1,
5114030-2,
5114030-3,
5114030-4,
5114030-5,
5114030-6,
5114030-7,
5114030-8,
5114030-9,
5114030-10,
5114030-11,
5114030-12,

**Published:** September 2023

- **Individual Photographs:** 5117754-1,
5117754-2,
5117754-3,
5117754-4,
5117754-5,
5117754-6,
5117754-7,
5116123-1,
5116123-2,
5116123-3,
5116123-4,
5116123-5,
5116123-6,
5116123-7,
5117726-1,
5117726-2,
5117726-3,
5117726-4,
5117726-5,
5117726-6,
5117726-7,
5117726-8,
5115901-1,
5115901-2,
5115901-3,
5115901-4,
5115901-5,
5115901-6,

|  |  | 5115901-7, |
|  |  | 5115901-8, |
|  |  | 5115901-9, |
| **Published:** | | October 2023 |

- **Individual Photographs:** 5118994-1,
5118994-2,
5118994-3,
5118994-4,
5118994-5,
5118994-6,
5118994-7,
5119056-1,
5119056-2,
5119056-3,
5119056-4,
5119056-5,
5119056-6,
5119056-7,
5119056-8,
5119056-9,
5121893-1,
5121893-2,
5121893-3,
5121893-4,
5121893-5,
5121893-6,
5121893-7,
5121893-8,
5119079-1,
5119079-2,
5119079-3,
5119079-4,
5119079-5,
5119079-6,
5119079-7,
5119079-8,
5121266-1,
5121266-2,
5121266-3,
5121266-4,
5121266-5,
5121266-6,
5121266-7,
5121266-8,

**Published:** November 2023

- **Individual Photographs:** 5122904-1,
5122904-2,
5122904-3,
5122904-4,
5122904-5,
5122904-6,
5122904-7,
5122503-1,
5122503-2,
5122503-3,
5122503-4,

Page 5 of 8

5122503-5,
5122503-6,
5122503-7,
5123059-1,
5123059-2,
5123059-3,
5123059-4,
5123059-5,
5123059-6,
5123059-7,
5123059-8,
5123059-9,
5123059-10,
5123059-11,
5122326-1,
5122326-2,
5122326-3,
5122326-4,
5122326-5,
5122326-6,
5122326-7,
5123024-1,
5123024-2,
5123024-3,
5123024-4,
5123024-5,
5123024-6,
5123024-7,
5123021-1,
5123021-2,
5123021-3,
5123021-4,
5123021-5,
5123021-6,
5123021-7,
5123021-8,
5123021-9,
5123021-10,
5123021-11,
5122979-1,
5122979-2,
5122979-3,
5122979-4,
5122979-5,
5122979-6,
5122979-7,
5122979-8,
5122980-1,
5122980-2,
5122980-3,
5122980-4,
5122980-5,
5122980-6,
5122980-7

**Published:**  December 2023

## Completion/Publication

**Year of Completion:** 2023
**Earliest Publication Date in Group:** January 06, 2023
**Latest Publication Date in Group:** December 29, 2023
**Nation of First Publication:** United States

## Author

- **Author:** Wumei Lin
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Shenzhen Daisili Commercial Co., Ltd.
A301, Building A and B, No. 1, Chuangjin, District 28, Dalang Community, Xin'an Street, Bao'an Distr, Shenzhen, 518000, China
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Shenzhen Daisili Commercial Co., Ltd.
**Name:** Wumei Lin
**Email:** 877217435@qq.com
**Telephone:** +8615989367146
**Address:** A301, Building A and B, No. 1, Chuangjin, District 28, Dalang Community, Xin'an Street, Baoan Distri
Shenzhen 518000 China

## Certification

**Name:** Wumei Lin
**Date:** August 01, 2024

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .

XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited photograph only. 17 USC 101, 102 (a), and 113.















**Registration Number**

# VA 2-422-339

**Effective Date of Registration:**
August 02, 2024
**Registration Decision Date:**
November 18, 2024

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
    **For Photographs Published:**  February 29, 2020 to December 14, 2020

### Title _____

|  |  |
|---|---|
| **Title of Group:** | women's clothing 2020 |
| **Number of Photographs in Group:** | 196 |

- **Individual Photographs:** 4654505-1,
4654505-2,
4654505-3,
4654505-4,
4654505-5,
4654505-6,
4654505-7,
4654505-8,
    **Published:** February 2020

- **Individual Photographs:** 4661655-1,
4661655-2,
4661655-3,
4661655-4,
4661655-5,
4661655-6,
4658217-1,
4658217-2,
4658217-3,
4658217-4,
4658217-5,
    **Published:** March 2020

- **Individual Photographs:** 4677943-1,
4677943-2,
4677943-3,
4677943-4,
4677943-5,
    **Published:** May 2020

- **Individual Photographs:** 4692393-1,
4692393-2,
4692393-3,

|  |  | 4692393-4,<br>4692393-5,<br>4692393-6,<br>4646681-1,<br>4646681-2,<br>4646681-3,<br>4646681-4,<br>4646681-5,<br>4646681-6, |
|---|---|---|
| **Published:** | | June 2020 |
| • **Individual Photographs:** | | 4697383-1,<br>4697383-2,<br>4697383-3,<br>4697383-4,<br>4697383-5,<br>4697383-6,<br>4697383-7,<br>4700145-1,<br>4700145-2,<br>4700145-3,<br>4700145-4,<br>4700145-5,<br>4701144-1,<br>4701144-2,<br>4701144-3,<br>4701144-4,<br>4701144-5, |
| **Published:** | | July 2020 |
| • **Individual Photographs:** | | 4698722-1,<br>4698722-2,<br>4698722-3,<br>4698722-4,<br>4698722-5,<br>4698722-6,<br>4698722-7,<br>4698722-8,<br>4698722-9,<br>4698722-10,<br>4698722-11,<br>4698722-12,<br>4703619-1,<br>4703619-2,<br>4703619-3,<br>4703619-4,<br>4703619-5,<br>4703619-6,<br>4703619-7, |
| **Published:** | | August 2020 |
| • **Individual Photographs:** | | 4709636-1,<br>4709636-2,<br>4709636-3,<br>4709636-4,<br>4709636-5,<br>4709636-6,<br>4734083-1, |

4734083-2,
4734083-3,
4734083-4,
4734083-5,
4734083-6,
4715314-1,
4715314-2,
4715314-3,
4715314-4,
4715314-5,
4715314-6,
4713479-1,
4713479-2,
4713479-3,
4713479-4,
4713479-5,
4713479-6,
4736559-1,
4736559-2,
4736559-3,
4736559-4,
4736559-5,
4736559-6,
4736559-7,
4736559-8,
4736559-9,
4736559-10,
4736559-11,
4736559-12,
4736559-13,
4714549-1,
4714549-2,
4714549-3,
4714549-4,
4714549-5,
4714549-6,
4714549-7,
4714549-8,

**Published:** September 2020

- **Individual Photographs:** 4746047-1,
4746047-2,
4746047-3,
4746047-4,
4746047-5,
4746047-6,

**Published:** October 2020

- **Individual Photographs:** 4750576-1,
4750576-2,
4750576-3,
4750576-4,
4750576-5,
4750576-6,
4750576-7,
4750576-8,
4750576-9,
4750576-10,

4752727-1,
4752727-2,
4752727-3,
4752727-4,
4752727-5,
4752727-6,
4752727-7,
4752727-8,
4752727-9,
4752727-10,
4752727-11,
4752727-12,
4752727-13,
4753608-1,
4753608-2,
4753608-3,
4753608-4,
4753608-5,
4752272-1,
4752272-2,
4752272-3,
4752272-4,
4752272-5,
4752272-6,
4752272-7

**Published:** November 2020

- **Individual Photographs:** 4757322-1,
4757322-2,
4757322-3,
4757322-4,
4757322-5,
4757322-6,
4757322-7,
4757322-8,
4757322-9,
4757322-10,
4757322-11,
4754541-1,
4754541-2,
4754541-3,
4754541-4,
4754541-5,
4753407-1,
4753407-2,
4753407-3,
4753407-4,
4753407-5,
4753407-6,
4753407-7,
4753407-8,
4753407-9,
4753407-10,
4717523-1,
4717523-2,
4717523-3,
4717523-4,
4717523-5,

4717523-6,
4717523-7,
4717523-8,
4717523-9,
4717523-10,
4717523-11,
4717523-12,

**Published:** December 2020

## Completion/Publication

**Year of Completion:** 2020
**Earliest Publication Date in Group:** February 29, 2020
**Latest Publication Date in Group:** December 14, 2020
**Nation of First Publication:** United States

## Author

- **Author:** Wumei Lin
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Shenzhen Daisili Commercial Co., Ltd.
A301, Building A and B, No. 1, Chuangjin, District 28, Dalang Community,
Xin'an Street, Bao'an Distr, Shenzhen, 518000, China
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Shenzhen Daisili Commercial Co., Ltd.
**Name:** Wumei Lin
**Email:** 877217435@qq.com
**Telephone:** +8615989367146
**Address:** Ma'anshan Community, Xixiang Street, Bao'an District, Shenzhen City,
Guangdong Province, China
Shenzhen 518000 China

## Certification

**Name:** Wumei Lin
**Date:** August 02, 2024

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that
correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.



**Registration Number**

# VA 2-422-346

**Effective Date of Registration:**
August 02, 2024
**Registration Decision Date:**
November 18, 2024

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 10, 2022 to December 30, 2022

## Title

**Title of Group:**   women's clothing 2022
**Number of Photographs in Group:**   388

- **Individual Photographs:**   4954806-1,
4954806-2,
4954806-3,
4954806-4,
4954806-5,
4954806-6,
4954206-1,
4954206-2,
4954206-3,
4954206-4,
4954206-5,
4954206-6,
**Published:**   January 2022

- **Individual Photographs:**   4954948-1,
4954948-2,
4954948-3,
4954948-4,
4954948-5,
4954948-6,
4954948-7,
4954948-8,
4954948-9,
4954948-10,
4954948-11,
4954948-12,
4954948-13,
4954948-14,
4954948-15,
4954948-16,
4954948-17,
4954948-18,
4954948-19,

Page 1 of 9

4954948-20,
4964020-1,
4964020-2,
4964020-3,
4964020-4,
4964020-5,
4964020-6,
4964020-7,
4964885-1,
4964885-2,
4964885-3,
4964885-4,
4964885-5,
4964885-6,
4955623-1,
4955623-2,
4955623-3,
4955623-4,
4955623-5,
4955623-6,

**Published:** February 2022

- **Individual Photographs:** 4982500-1,
4982500-2,
4982500-3,
4982500-4,
4982500-5,
4982500-6,
4982111-1,
4982111-2,
4982111-3,
4982111-4,
4982111-5,
4982111-6,
4982979-1,
4982979-2,
4982979-3,
4982979-4,
4982979-5,
4982979-6,
4982979-7,
4982979-8,
4965038-1,
4965038-2,
4965038-3,
4965038-4,
4965038-5,
4965038-6,
4985258-1,
4985258-2,
4985258-3,
4985258-4,
4985258-5,
4985258-6,
4985258-7,
4985258-8,
4985258-9,
4985258-10,

**Published:** March 2022

- **Individual Photographs:** 4987899-1, 4987899-2, 4987899-3, 4987899-4, 4987899-5, 4998251-1, 4998251-2, 4992451-1, 4992451-2, 4992451-3, 4992451-4, 4992451-5, 4992451-6, 4992451-7, 4992451-8, 4992451-9, 4992451-10, 4992451-11, 4992872-1, 4992872-2, 4992872-3, 4992872-4, 4992872-5, 4992872-6, 4992872-7, 4992872-8, 4992872-9, 4992872-10, 4992872-11, 4992872-12, 4992872-13, 4992872-14, 4992872-15, 4992872-16, 4992872-17, 4992872-18, 4992872-19, 4992872-20, 5034326-1, 5034326-2, 5034326-3, 5034326-4, 5034326-5, 5034326-6, 5034326-7, 5034326-8, 5034326-9, 5034326-10, 5034326-11, 5034326-12, 5034326-13, 5034326-14, 5034326-15, 5034326-16, 5034326-17, 5034326-18,

5034326-19,
5034326-20,
4996131-1,
4996131-2,
4996131-3,
4996131-4,
4996131-5,
4996131-6,
4996131-7,
4996131-8,
5031899-1,
5031899-2,
5031899-3,
5031899-4,
5031899-5,
5031899-6,
5031899-7,
5031899-8,
5031899-9,
5031899-10,
4986392-1,
4986392-2,
4986392-3,
4986392-4,
4986392-5,
4986392-6,
4986392-7,
4986392-8,
4992551-1,
4992551-2,
4992551-3,
4992551-4,
4992551-5,
4992551-6,
4992551-7,
4992551-8,
5024271-1,
5024271-2,
5024271-3,
5024271-4,
5024271-5,
5024271-6,
5037201-1,
5037201-2,
5037201-3,
5037201-4,
5037201-5,
5037201-6,
5037201-7,
5037201-8,
5037201-9,
4984985-1,
4984985-2,
4984985-3,
4984985-4,
4984985-5,
4984985-6,
4984985-7,

|  | 4984985-8,<br>4984985-9,<br>4984985-10,<br>4984985-11,<br>4984985-12 |
|---|---|
| **Published:** | April 2022 |

- **Individual Photographs:** 5043923-1,
5043923-2,
5043923-3,
5043923-4,
5043923-5,
5043923-6,
5043923-7,
5043923-8,
5043923-9,
5043923-10,
5043923-11,
5043923-12,
5043923-13,
5043923-14,
5043923-15,
5043923-16,
5043923-17,

| **Published:** | May 2022 |
|---|---|

- **Individual Photographs:** 4984489-1,
4984489-2,
4984489-3,
4984489-4,
4984489-5,
4984489-6,
4984489-7,
5028404-1,
5028404-2,
5028404-3,
5028404-4,
5028404-5,
5028404-6,
5028404-7,
5028404-8,
5028404-9,
5028404-10,
4996715-1,
4996715-2,
4996715-3,
4996715-4,
4996715-5,
4996715-6,
4996715-7,
5020079-1,
5020079-2,
5020079-3,
5020079-4,
5020079-5,
5020079-6,

| **Published:** | June 2022 |
|---|---|

- **Individual Photographs:** 5036981-1,
  5036981-2,
  5036981-3,
  5036981-4,
  5036981-5,
  5036981-6,
  5029498-1,
  5029498-2,
  5029498-3,
  5029498-4,
  5029498-5,
  5029498-6,
  5029498-7,
  **Published:** July 2022

- **Individual Photographs:** 5046054-1,
  5046054-2,
  5046054-3,
  5046054-4,
  5046054-5,
  5046054-6,
  5038373-1,
  5038373-2,
  5038373-3,
  5038373-4,
  5038373-5,
  5038373-6,
  5038373-7,
  5038373-8,
  5038921-1,
  5038921-2,
  5038921-3,
  5038921-4,
  5038921-5,
  5038921-6,
  5052270-1,
  5052270-2,
  5052270-3,
  5052270-4,
  5052270-5,
  5052270-6,
  **Published:** August 2022

- **Individual Photographs:** 5053878-1,
  5053878-2,
  5053878-3,
  5053878-4,
  5053878-5,
  5053878-6,
  5053878-7,
  5053879-1,
  5053879-2,
  5053879-3,
  5053879-4,
  5053879-5,
  5053879-6,
  5053879-7,
  5053879-8,

**Published:** September 2022

- **Individual Photographs:** 5062473-1,
5062473-2,
5062473-3,
5062473-4,
5062473-5,
5062473-6,
5062473-7,
5062473-8,
5062473-9,
5060753-1,
5060753-2,
5060753-3,
5060753-4,
5060753-5,
5060753-6,
5060753-7,
5060753-8,
5060753-9,
5060753-10,
5060752-1,
5060752-2,
5060752-3,
5060752-4,
5060752-5,
5060752-6,
5060752-7,
5061514-1,
5061514-2,
5061514-3,
5061514-4,
5061514-5,
5061514-6,
5061514-7,
5061514-8,
5061514-9,
5061514-10,
5061514-11,
5061514-12,
5055697-1,
5055697-2,
5055697-3,
5055697-4,
5055697-5,
5055697-6,
5055697-7,
5055697-8,

**Published:** October 2022

- **Individual Photographs:** 5067552-1,
5067552-2,
5067552-3,
5067552-4,
5067552-5,
5067552-6,
5067552-7,
5067552-8,

|  | **Published:** | November 2022 |
|---|---|---|

- **Individual Photographs:** 5073610-1,
5073610-2,
5073610-3,
5073610-4,
5073610-5,
5073610-6,
5073610-7,
5073610-8,
5073610-9,
5073610-10,
5073610-11,
5075798-1,
5075798-2,
5075798-3,
5075798-4,
5075798-5,
5075798-6,
5075798-7,
5076618-1,
5076618-2,
5076618-3,
5076618-4,
5076618-5,
5076618-6,
5076618-7,
5076618-8,
5076618-9,

**Published:** December 2022

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Earliest Publication Date in Group:** | January 10, 2022 |
| **Latest Publication Date in Group:** | December 30, 2022 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Wumei Lin |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | China |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Shenzhen Daisili Commercial Co., Ltd. |
| | A301, Building A and B, No. 1, Chuangjin, District 28, Dalang Community, Xin'an Street, Bao'an Distr, Shenzhen, 518000, China |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | Shenzhen Daisili Commercial Co., Ltd. |
| **Name:** | Wumei Lin |
| **Email:** | 877217435@qq.com |
| **Telephone:** | +8615989367146 |
| **Address:** | Ma'anshan Community, Xixiang Street, Bao'an District, Shenzhen City, Guangdong Province, China |
|  | Shenzhen 518000 China |

## Certification

|  |  |
|---|---|
| **Name:** | Wumei Lin |
| **Date**: | August 02, 2024 |

**Copyright Office notes:**  Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.









**Registration Number**

# VA 2-407-257

**Effective Date of Registration:**
August 02, 2024
**Registration Decision Date:**
August 12, 2024

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
 **For Photographs Published:** January 11, 2021 to December 27, 2021

### Title _____

|  |  |
|---|---|
| **Title of Group:** | women's clothing 2021 |
| **Number of Photographs in Group:** | 296 |

- **Individual Photographs:** 4985397-1,
4985397-2,
4985397-3,
4985397-4,
4985397-5,
4985397-6,
4985397-7,
4985397-8,
4985397-9,
4985397-10,
4985397-11,
4763141-1,
4763141-2,
4763141-3,
4763141-4,
4763141-5,
4763141-6,
4763141-7
 **Published:** January 2021

- **Individual Photographs:** 4767109-1,
4767109-2,
4767109-3,
4767109-4,
4767109-5,
 **Published:** February 2021

- **Individual Photographs:** 4772816-1,
4772816-2,
4772816-3,
4772816-4,
4772816-5,
4997638-1,

Page 1 of 8

|  | 4997638-2,<br>4997638-3,<br>4997638-4,<br>4997638-5,<br>4997638-6,<br>4997638-7,<br>4997638-8,<br>4997638-9,<br>4997638-10,<br>4997638-11,<br>4997638-12,<br>4997638-13,<br>4997638-14,<br>4985369-1,<br>4985369-2,<br>4985369-3,<br>4985369-4,<br>4985369-5,<br>4985369-6,<br>4985369-7,<br>4985369-8,<br>4985369-9,<br>4985369-10,<br>4770281-1,<br>4770281-2,<br>4770281-3,<br>4770281-4,<br>4770281-5,<br>4770281-6, |
|---|---|
| **Published:** | March 2021 |

- **Individual Photographs:** 4754906-1,
4754906-2,
4754906-3,
4754906-4,
4754906-5,
4754906-6,
4775276-1,
4775276-2,
4775276-3,
4775276-4,
4775276-5,
4775523-1,
4775523-2,
4775523-3,
4775523-4,
4775523-5,
4985400-1,
4985400-2,
4985400-3,
4985400-4,
4985400-5,
4985400-6,
4985400-7,
4985400-8,
4985400-9,
4985400-10,
4985400-11,

4985400-12,
4985400-13,
4985400-14,
4985400-15,
4985400-16,
**Published:** April 2021

- **Individual Photographs:** 4808794-1,
4808794-2,
4808794-3,
4808794-4,
4808794-5,
4808794-6,
**Published:** May 2021

- **Individual Photographs:** 4839123-1,
4839123-2,
4839123-3,
4839123-4,
4839123-5,
4839123-6,
4839123-7,
4840621-1,
4840621-2,
4840621-3,
4840621-4,
4840621-5,
4840621-6,
4838309-1,
4838309-2,
4838309-3,
4838309-4,
4838309-5,
4838309-6,
4771451-1,
4771451-2,
4771451-3,
4771451-4,
4771451-5,
4771451-6,
4840421-1,
4840421-2,
4840421-3,
4840421-4,
4840421-5,
4840421-6,
**Published:** June 2021

- **Individual Photographs:** 4843105-1,
4843105-2,
4843105-3,
4843105-4,
4843105-5,
4843105-6,
4843105-7,
4843392-1,
4843392-2,
4843392-3,

4843392-4,
4843392-5,
4843392-6,
4841794-1,
4841794-2,
4841794-3,
4841794-4,
4841794-5,
4841794-6,
4843017-1,
4843017-2,
4843017-3,
4843017-4,
4843017-5,
4843017-6,
4842630-1,
4842630-2,
4842630-3,
4842630-4,
4842630-5,
4842630-6,
4842630-7,
4842630-8,

**Published:** July 2021

- **Individual Photographs:** 4845093-1,
4845093-2,
4845093-3,
4845093-4,
4845093-5,
4845093-6,
4845093-7,

**Published:** August 2021

- **Individual Photographs:** 4844730-1,
4844730-2,
4844730-3,
4844730-4,
4844730-5,
4849636-1,
4849636-2,
4849636-3,
4849636-4,
4849636-5,
4849636-6,
4849636-7,
4849636-8,
4849636-9,
4849636-10,
4849636-11,
4849636-12,
4846120-1,
4846120-2,
4846120-3,
4846120-4,
4846120-5,
4846120-6,
4846120-7,

4846120-8,
4846120-9,
4844264-1,
4844264-2,
4844264-3,
4844264-4,
4844264-5,
4844264-6,
4846033-1,
4846033-2,
4846033-3,
4846033-4,
4846033-5,
4846033-6,
4846320-1,
4846320-2,
4846320-3,
4846320-4,
4846320-5,
4846320-6,

**Published:** September 2021

- **Individual Photographs:** 4850347-1,
4850347-2,
4850347-3,
4850347-4,
4850347-5,
4850347-6,

**Published:** October 2021

- **Individual Photographs:** 4868800-1,
4868800-2,
4868800-3,
4868800-4,
4868800-5,
4868800-6,
4868800-7,
4868800-8,
4868800-9,
4868800-10,
4852755-1,
4852755-2,
4852755-3,
4852755-4,
4852755-5,
4852755-6,
4852755-7,
4852755-8,
4852755-9,

**Published:** November 2021

- **Individual Photographs:** 4849587-1,
4849587-2,
4849587-3,
4849587-4,
4870198-1,
4870198-2,
4870198-3,

4870198-4,
4870198-5,
4870198-6,
4870198-7,
4871949-1,
4871949-2,
4871949-3,
4871949-4,
4871949-5,
4871949-6,
4871949-7,
4871949-8,
4871949-9,
4952810-1,
4952810-2,
4952810-3,
4952810-4,
4952810-5,
4952810-6,
4952810-7,
4873326-1,
4873326-2,
4873326-3,
4873326-4,
4873326-5,
4952797-1,
4952797-2,
4952797-3,
4952797-4,
4952797-5,
4952797-6,
4952797-7,
4952797-8,
4949454-1,
4949454-2,
4949454-3,
4949454-4,
4949454-5,
4949454-6,
4949454-7,
4949454-8,
4949454-9,
4949454-10,
4949454-11,
4949454-12,
5033434-1,
5033434-2,
5033434-3,
5033434-4,
5033434-5,
5033434-6,
5033434-7,
5033434-8,

**Published:**   December 2021

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Earliest Publication Date in Group:** | January 11, 2021 |
| **Latest Publication Date in Group:** | December 27, 2021 |
| **Nation of First Publication:** | United States |

## Author

- **Author:** Wumei Lin
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Shenzhen Daisili Commercial Co., Ltd.
A301, Building A and B, No. 1, Chuangjin, District 28, Dalang Community, Xin'an Street, Baoan Distri, Shenzhen, 518000, China
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Shenzhen Daisili Commercial Co., Ltd.
**Name:** Wumei Lin
**Email:** 877217435@qq.com
**Telephone:** +8615989367146
**Address:** Ma'anshan Community, Xixiang Street, Bao'an District, Shenzhen City, Guangdong Province, China
Shenzhen 518000 China

## Certification

**Name:** Wumei Lin
**Date:** August 02, 2024

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the

group and the Case Number assigned to the application.

Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited photograph only. 17 USC 101, 102 (a), and 113.



**Registration Number**

# VA 2-422-344

**Effective Date of Registration:**
August 02, 2024
**Registration Decision Date:**
November 18, 2024

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:** January 02, 2024 to January 26, 2024

### Title

**Title of Group:** women's clothing 2024
**Number of Photographs in Group:** 50

- **Individual Photographs:** 5123242-1,
  5123242-2,
  5123242-3,
  5123242-4,
  5123242-5,
  5123242-6,
  5123242-7,
  5123242-8,
  5123484-1,
  5123484-2,
  5123484-3,
  5123484-4,
  5123484-5,
  5123484-6,
  5123484-7,
  5123484-8,
  5125692-1,
  5125692-2,
  5125692-3,
  5125692-4,
  5125692-5,
  5125692-6,
  5125692-7,
  5125692-8,
  5125692-9,
  5125692-10,
  5125692-11,
  5125692-12,
  5125692-13,
  5125692-14,
  5125692-15,
  5123092-1,
  5123092-2,

5123092-3,
5123092-4,
5123092-5,
5123092-6,
5123092-7,
5123092-8,
5123092-9,
5123092-10,
5123653-1,
5123653-2,
5123653-3,
5123653-4,
5123653-5,
5123653-6,
5123653-7,
5123653-8,
5123653-9

**Published:** January 2024

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Earliest Publication Date in Group:** | January 02, 2024 |
| **Latest Publication Date in Group:** | January 26, 2024 |
| **Nation of First Publication:** | United States |

## Author

- **Author:** Wumei Lin
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Shenzhen Daisili Commercial Co., Ltd.
A301, Building A and B, No. 1, Chuangjin, District 28, Dalang Community, Xin'an Street, Bao'an Distr, Shenzhen, 518000, China
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Shenzhen Daisili Commercial Co., Ltd.
**Name:** Wumei Lin
**Email:** 877217435@qq.com
**Telephone:** +8615989367146
**Address:** Ma'anshan Community, Xixiang Street, Bao'an District, Shenzhen City, Guangdong Province, China
Shenzhen 518000 China

## Certification

|       |                 |
|------:|-----------------|
| **Name:** | Wumei Lin |
| **Date**: | August 02, 2024 |

**Copyright Office notes:**   Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.



**Registration Number**

# VA 2-422-341

**Effective Date of Registration:**
August 02, 2024
**Registration Decision Date:**
November 18, 2024

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:** January 01, 2019 to December 30, 2019

### Title

| | |
|---|---|
| **Title of Group:** | women's clothing 2019 |
| **Number of Photographs in Group:** | 129 |

- **Individual Photographs:** 1662139-1,
1662139-2,
1662139-3,
1662139-4,
1662139-5,
1662139-6,
1662139-7,
1662139-8,
1662139-9,
1662139-10,
1662139-11,
1662139-12,
1662139-13,
1662139-14,
1662139-15,
1662139-16,
1662139-17,
1662139-18,
2338058-1,
2338058-2,
2338058-3,
2338058-4,
2338058-5,
2338058-6

  **Published:** January 2019

- **Individual Photographs:** 4992413-1,
4992413-2,
4992413-3,
4992413-4,
4992413-5,
4992413-6,
4992413-7,

4992413-8,
4992413-9,
4992413-10,
4992413-11,

**Published:** May 2019

- **Individual Photographs:** 4525009-1,
4525009-2,
4525009-3,
4525009-4,
4525009-5,
4525009-6,

**Published:** July 2019

- **Individual Photographs:** 4559845-1,
4559845-2,
4559845-3,
4552456-1,
4552456-2,
4552456-3,
4552456-4,
4552456-5,
4555462-1,
4555462-2,
4555462-3,
4555462-4,
4555462-5,
4555462-6,
4555462-7,

**Published:** August 2019

- **Individual Photographs:** 4576716-1,
4576716-2,
4576716-3,
4576716-4,
4576716-5,
4576716-6,
4577475-1,
4577475-2,
4577475-3,
4577475-4,
4577475-5,
4577475-6,
4577475-7,
4577475-8,
4577475-9,

**Published:** September 2019

- **Individual Photographs:** 4992396-1,
4992396-2,
4992396-3,
4992396-4,
4992396-5,
4992396-6,
4594280-1,
4594280-2,
4594280-3,

4594280-4,
4594280-5,
4594280-6,
4593899-1,
4593899-2,
4593899-3,
4593899-4,
4593899-5,
4593899-6,
4593899-7,
4593899-8,
4593899-9,

**Published:** October 2019

- **Individual Photographs:** 4609277-1,
4609277-2,
4609277-3,
4609277-4,
4609277-5,
4609277-6,
4609277-7,
4609277-8,
4609277-9,

**Published:** November 2019

- **Individual Photographs:** 4635487-1,
4635487-2,
4635487-3,
4635487-4,
4635487-5,
4635487-6,
4635487-7,
4669314-1,
4669314-2,
4669314-3,
4669314-4,
4669314-5,
4669314-6,
4636746-1,
4636746-2,
4636746-3,
4636746-4,
4636746-5,
4985448-1,
4985448-2,
4985448-3,
4985448-4,
4985448-5,
4985448-6,
4985448-7,
4985448-8,
4985448-9,
4985448-10,

**Published:** December 2019

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2019 |
| **Earliest Publication Date in Group:** | January 01, 2019 |
| **Latest Publication Date in Group:** | December 30, 2019 |
| **Nation of First Publication:** | United States |

## Author

- **Author:** Wumei Lin
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Shenzhen Daisili Commercial Co., Ltd.
A301, Building A and B, No. 1, Chuangjin, District 28, Dalang Community, Xin'an Street, Bao'an Distr, Shenzhen, 518000, China
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Shenzhen Daisili Commercial Co., Ltd.
**Name:** Wumei Lin
**Email:** 877217435@qq.com
**Telephone:** +8615989367146
**Address:** Ma'anshan Community, Xixiang Street, Bao'an District, Shenzhen City, Guangdong Province, China
Shenzhen 518000 China

## Certification

**Name:** Wumei Lin
**Date:** August 02, 2024

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the

group and the Case Number assigned to the application.

