# Exhibit 2

Shenzhen Daisili Commercial Co., Ltd. v. The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified in Schedule A

**Schedule A**

| Defendant No. | Seller's Name | Link to Seller's Website |
|---|---|---|
| VA0002407256、VA0002422339、VA0002422346、VA0002407257、VA0002422344、VA0002422341 | | |
| 1 | Hesper ou | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418218537185&goods_id=601099795183132&sticky_type=3&refer_page_el_sn=200446&_x_share_id=NVeRNPGiUeGKZgClsjzDRhjIHrfOYtkP&refer_page_name=goods&refer_page_id=10032_1764124113293_uo73dqgmv7&refer_page_sn=10032&_x_sessn_id=9as9nuf70q |
| 2 | YI WU SHI ZHI XUAN SHI PIN SHANG HANG dba ZHIXUAN JEWELRY | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418218300753&goods_id=601104554798976&sticky_type=3&refer_page_el_sn=200446&_x_share_id=60b13698-df82-42bb-ac8a-d14b5f9d&refer_page_name=goods&refer_page_id=10032_1764137164285_kegczhu83e&refer_page_sn=10032&_x_sessn_id=tm7xzr2vsv |
| 3 | lijianl | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225262111&goods_id=601103176245051&sticky_type=3&refer_page_el_sn=200446&_x_share_id=18e47f1e-26fb-4291-b81d-dcbc85e0&refer_page_name=goods&refer_page_id=10032_1764138262591_0iickxibqq&refer_page_sn=10032&_x_sessn_id=rv7pzgvedv |
| 4 | Vela fashion | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418222376627&goods_id=601102124820485&sticky_type=3&refer_page_el_sn=200446&_x_share_id=851820cb-f8e8-484c-ba78-8867e938&refer_page_name=goods&refer_page_id=10032_1764139122174_27ue0dtcvs&refer_page_sn=10032&_x_sessn_id=vf4yn626ej |
| 5 | Haikouxiuyingquyifangfushishangxing(getigongshanghu) Dba Miraee local | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418219682404&goods_id=601103527412021&sticky_type=3&refer_page_el_sn=200446&_x_share_id=c9730355-9ddb-4c92-a901-9c9b576e&refer_page_name=goods&refer_page_id=10032_1764139347117_s7rc4a0ge2&refer_page_sn=10032&_x_sessn_id=l2tehd6jq2 |
| 6 | kuangzhil | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225262304&goods_id=601103266892033&sticky_type=3&refer_page_el_sn=200446&_x_share_id=c9730355-9ddb-4c92-a901-9c9b576e&_x_sessn_id=l2tehd6jq2&refer_page_name=goods&refer_page_id=10032_1764140642350_h7gr1spspk&refer_page_sn=10032 |

Shenzhen Daisili Commercial Co., Ltd. v. The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified in Schedule A

**Schedule A**

| Defendant No. | Seller's Name | Link to Seller's Website |
|---|---|---|
| 7 | Curvy Queen P | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418220493466&goods_id=601103527636332&sticky_type=3&refer_page_el_sn=200446&_x_share_id=c9730355-9ddb-4c92-a901-9c9b576e&_x_sessn_id=l2tehd6jq2&refer_page_name=goods&refer_page_id=10032_1764139882607_d9i54hdgnb&refer_page_sn=10032 |
| 8 | Curvy Queen X | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418223723646&goods_id=601103559645034&sticky_type=3&refer_page_el_sn=200446&_x_share_id=JBVKOt54LmnR50k8MBC39SW2Gxnyn8tq&refer_page_name=goods&refer_page_id=10032_1764142562609_6813l2v7s2&refer_page_sn=10032&_x_sessn_id=7vq7u2f4ld |
| 9 | Yuanzhuo(guangzhou) dianzishangwu Co., Ltd. dba PP Local | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418223548702&goods_id=601101113252690&sticky_type=3&refer_page_el_sn=200446&_x_share_id=eysGQOjcPFrM31EIyea0MSgRR1Z5PDHU&refer_page_name=goods&refer_page_id=10032_1764136406122_vjf3pl50nm&refer_page_sn=10032&_x_sessn_id=oh7aj1y70t |
| 10 | Hong Kong Jinrun Commerce Limited dba peerpme | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418217352617&goods_id=601100114378504&sticky_type=3&refer_page_el_sn=200446&_x_share_id=eysGQOjcPFrM31EIyea0MSgRR1Z5PDHU&_x_sessn_id=oh7aj1y70t&refer_page_name=goods&refer_page_id=10032_1764144034859_6fmtpmfbaj&refer_page_sn=10032 |
| 11 | Hong Kong Jinrun Commerce Limited dba Faded Fable | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418223756251&goods_id=601101267191728&sticky_type=3&refer_page_el_sn=200446&_x_share_id=eysGQOjcPFrM31EIyea0MSgRR1Z5PDHU&_x_sessn_id=oh7aj1y70t&refer_page_name=goods&refer_page_id=10032_1764148741638_16up8ipdf9&refer_page_sn=10032 |
| 12 | Shenzhenshilonggang qulaisifuzhuangshangxing dba DELEWAN | https://www.temu.com/mall.html?_bg_fs=1&mall_id=5895678509314&goods_id=601099600246062&sticky_type=3&refer_page_el_sn=200446&_x_share_id=XK9Q9kvODuPPHWt7e1ImurXjpayzxItY&_x_sessn_id=dz5u36rx0n&refer_page_name=goods&refer_page_id=10032_1764149281887_6q2nzi947y&refer_page_sn=10032 |
| 13 | Yuanzhuo(guangzhou) dianzishangwu Co., Ltd. dba Scaripi | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418217215316&goods_id=601099640618084&sticky_type=3&refer_page_el_sn=200446&_x_share_id=XK9Q9kvODuPPHWt7e1ImurXjpayzxItY&refer_page_name=goods&refer_page_id=10032_1764136394867_9w1m8rcdr0&refer_page_sn=10032&_x_sessn_id=dz5u36rx0n |

2

Shenzhen Daisili Commercial Co., Ltd. v. The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified in Schedule A

**Schedule A**

| Defendant No. | Seller's Name | Link to Seller's Website |
|---|---|---|
| 14 | Haikouxiuyingquyifangfushishangxing(getigongshanghu) dba Bewitching Ensembles | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418218120102&goods_id=601099995437077&sticky_type=3&refer_page_el_sn=200446&_x_share_id=XK9Q9kvODuPPHWt7e1ImurXjpayzxItY&_x_sessn_id=dz5u36rx0n&refer_page_name=goods&refer_page_id=10032_1764153958157_on7kzj3wpg&refer_page_sn=10032 |
| 15 | HONG KONG YUANLU SUPPLY CHAIN MANAGEMENT CO., LIMITED dba Iusine | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418219115586&goods_id=601099900644221&sticky_type=3&refer_page_el_sn=200446&_x_share_id=DSiCZZVlufoVTh7HteryDLaz9Cr5jWv3&refer_page_name=goods&refer_page_id=10032_1764567687259_f5sj58ev42&refer_page_sn=10032&_x_sessn_id=x4t4l8mkhj |
| 16 | Liuyin dba Kekenvzhuang | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418212132842&goods_id=601100414961293&sticky_type=3&refer_page_el_sn=200446&_x_share_id=PRwfYrKAelt1KtDp464C4aeXnLiB81B4&refer_page_name=goods&refer_page_id=10032_1764658569833_43yi3j7kes&refer_page_sn=10032&_x_sessn_id=4h8ht53j06 |
| 17 | Shenzhenshidapengxinquyifangbuluofushishangxing dba yifang | https://www.temu.com/mall.html?_bg_fs=1&mall_id=706938458181&goods_id=601099547215464&sticky_type=3&refer_page_el_sn=200446&_x_share_id=TjAGy82ZvPwYeLSChaA8FoJ59IKNYI8W&refer_page_name=goods&refer_page_id=10032_1764574686060_z0ss9f46h6&refer_page_sn=10032&_x_sessn_id=17mpmt801x |
| 18 | derongxiaodian | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225021903&goods_id=601104697108906&sticky_type=3&refer_page_el_sn=200446&_x_share_id=Cg8bRTWj18XRNibzlngToQzAHKo1PY1y&refer_page_name=goods&refer_page_id=10032_1764833443393_50wp7kxlv2&refer_page_sn=10032&_x_sessn_id=k1ionrg2gk |
| 19 | Chenxianfeng dba xianfengxiaodian | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225134580&goods_id=601104737768692&sticky_type=3&refer_page_el_sn=200446&_x_share_id=zPUpFTtcuAPgMA8177iOwf1jKAINat5X&refer_page_name=goods&refer_page_id=10032_1764833444967_9bpaj9iuhm&refer_page_sn=10032&_x_sessn_id=nbcct758hn |
| 20 | Poetic Art | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418212188399&goods_id=601099795095440&sticky_type=3&_x_sessn_id=inv9fe3jbl&refer_page_name=goods&refer_page_id=10032_1761037467052_ia13kso025&refer_page_sn=10032 |
| 21 | Guangzhouxinyimeifuzhuang Co., Ltd. dba | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418213797583&goods_id=601099651637280&sticky_typ |

3

Shenzhen Daisili Commercial Co., Ltd. v. The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified in Schedule A

**Schedule A**

| Defendant No. | Seller's Name | Link to Seller's Website |
|---|---|---|
| | yuanyshop | e=3&refer_page_el_sn=200446&_x_share_id=lnhlyPusu6QN3dSPE9ElksVB648QyGr3&refer_page_name=goods&refer_page_id=10032_1764833458305_uep56lqter&refer_page_sn=10032&_x_sessn_id=2gbf55sn4y |
| 22 | Guangzhouziqinfushi Co., Ltd. dba MIAO Fashion CLothing | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418212128186&goods_id=601099608864439&sticky_type=3&refer_page_el_sn=200446&_x_share_id=GLuqRGcJTUhFnBJeVu5zX6RfsyKUT4US&refer_page_name=goods&refer_page_id=10032_1764841414209_2xvc9zpuqt&refer_page_sn=10032&_x_sessn_id=k1sx7j8o25 |
| 23 | Yuanzhuo(guangzhou) dianzishangwu Co., Ltd. dba Vogue Station | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418217214300&goods_id=601099638792040&sticky_type=3&refer_page_el_sn=200446&_x_share_id=lZ7r0JpvZTqdGLQveIUOMtq35kGnwydq&refer_page_name=goods&refer_page_id=10032_1764833537833_ubd7ol1brz&refer_page_sn=10032&_x_sessn_id=mpdvuv99wo |
| 24 | Ms Tulip L | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418223305070&goods_id=601101097606552&sticky_type=3&refer_page_el_sn=200446&_x_share_id=9TV4Xhmt0Z72NSKLWfAgulG4txif0Hzo&refer_page_name=goods&refer_page_id=10032_1764833527887_wzewq8jgmi&refer_page_sn=10032&_x_sessn_id=wr45bblza1 |
| 25 | HONG KONG SHENGQIAN TECHNOLOGY CO., LIMITED dba GOSUGUU | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418217120029&goods_id=601105351765980&sticky_type=3&refer_page_el_sn=200446&_x_share_id=MnbWl6kqVBkI7dQCT7qlzrVX2Ji7txpr&refer_page_name=goods&refer_page_id=10032_1765246409248_y5em2jd8a3&refer_page_sn=10032&_x_sessn_id=eod3qy5ir6 |
| 26 | Wuhanweiyukeji Co., Ltd. dba GlobeCurve | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418223168020&goods_id=601104577850717&sticky_type=3&refer_page_el_sn=200446&_x_share_id=LpjENtMAFBGZKBUVsoR8rERXMNWmGoCo&refer_page_name=goods&refer_page_id=10032_1765246976752_6scthnix10&refer_page_sn=10032&_x_sessn_id=z0g2cch0sa |
| 27 | Anhuixiaoheipidianzishangwu Co., Ltd. dba XHP Beauty Set | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418215713621&goods_id=601099587797607&sticky_type=3&refer_page_el_sn=200446&_x_share_id=oyhbFUoBy6yrmfczICSBDxd84F56Tg3T&refer_page_name=goods&refer_page_id=10032_1765247844206_zpxsjwy57i&refer_page_sn=10032&_x_sessn_id=djqaxxnl1p |
| 28 | Hong Kong Aoqian Information Technology Company Limited | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418216142522&goods_id=601102767245379&sticky_type=3&refer_page_el_sn=200446&_x_share_id=k8NI71iBuHkaIABwuPElnBxatr1jDiyj&refer_page_name=goods&re |

4

Shenzhen Daisili Commercial Co., Ltd. v. The Individuals, Corporations, Limited Liability
Companies, Partnerships and Unincorporated Associations Identified in Schedule A

**Schedule A**

| Defendant No. | Seller's Name | Link to Seller's Website |
|---|---|---|
| | dba<br>Waka Waka Fashion | fer_page_id=10032_1765248602130_zftpozc0dj&refer_page_sn=10032&_x_sessn_id=0eaji4cubj |
| 29 | Jinhuashisiniumaoyi Co., Ltd.<br>dba<br>Siniu Two Local | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418223513297&goods_id=601102787677664&sticky_type=3&refer_page_el_sn=200446&_x_share_id=TNO5e8gXDj8m6oBq6OhIPmBMnQsh3fES&refer_page_name=goods&refer_page_id=10032_1765249162300_059mm0gxtb&refer_page_sn=10032&_x_sessn_id=ch000lsndw |
| 30 | Jinhuashisiniumaoyi Co., Ltd.<br>dba<br>Siniu One local | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418222605176&goods_id=601102790907743&sticky_type=3&refer_page_el_sn=200446&_x_share_id=vitUR3FxjyAz0jurDIlYP6m37E1SP7XW&refer_page_name=goods&refer_page_id=10032_1765250002677_9pgfum23k0&refer_page_sn=10032&_x_sessn_id=2om02se7fb |

5