# Exhibit 3

| No | Seller's Name | Copyrighted Photo | Infringer's Photo | Link to Infringing Photo |
|---|---|---|---|---|
| VA0002407256 | | | | |
| 1 | Hesper ou | | | https://www.temu.com/goods.html?refer_share_id=NVeRNPGiUeGKZgClsjzDRhjIHrfOYtkP&refer_share_channel=copy_link&_bg_fs=1&spec_gallery_id=21955&from_share=1&share_imessage_opt=1&spec_id=16068&goods_id=601099795183132&_oak_page_source=417&_oak_region=211&share_img=https%3A%2F%2Fcommimg.us.kwcdn.com%2Fgoods-detail-image%2F35b7c2%2F4Iip3C8a5h%2F7c19dc3bcd97446d9eb13d36ab4e4c98.png&share_ui_type=1&_oaksn_=ome16cbuXZBqFoOJWlnfgUwGUdiTUIckF8ktOrTIsuA%3D |
| 2 | YI WU SHI ZHI XUAN SHI PIN SHANG HANG dba ZHIXUAN JEWELRY | | | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601104554798976&from_share=1&refer_share_id=60b13698-df82-42bb-ac8a-d14b5f9d&refer_share_channel=copy_link&_oak_page_source=417&_oak_region=211&refer_share_suin=RSSBDU5NETUZ37HTOJQGA33ROEEDY7TRAQYKGS6JVVKKSDJFMHA6XNHYMERCYI3J27S2GKSFZQ&share_img=https%3A%2F%2Fcommimg.us.kwcdn.com%2Fgoods-detail-image%2F35b7c2%2F4jAanRjQw8%2F0270bb6b46fe49169b454aabed045d53.png&share_ui_type=1&_oaksn_=YWiBvyHE0eGdC5K60Sbp8JHzUyQPIGv%2F50s3fb8NPVY%3D |
| 3 | lijianl | | | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601103176245051&from_share=1&refer_share_id=18e47f1e-26fb-4291-b81d-dcbc85e0&refer_share_channel=copy_link&spec_id=3002&spec_gallery_id=283385&_oak_page_source=417&_oak_region=211&refer_share_suin=RSSBCBOYTHGDDWVAGRQGA33ROEEDY7TRAQYKGS6JVVKKSDJFPKUN4KKMXEEEVQA6DCUWUNNZ5A&share_img=https%3A%2F%2Fcommimg.us.kwcdn.com%2Fgoods-detail-image%2F35b7c2%2FEXu9GSO88J%2F039048f0178d488ea44dcae033eab0f3.png&share_ui_type=1&_oaksn_=d%2FyD9nTg5zXprbAI7PyChFZX%2B%2F%2FByyilpUiZSghZB13I%3D |
| 4 | Vela fashion | | | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601102124820485&from_share=1&refer_share_id=851820cb-f8e8-484c-ba78-8867e938&refer_share_channel=copy_link&spec_id=3002&spec_gallery_id=245543&_oak_page_source=417&_oak_region=211&refer_share_suin=RSSBDOSMBUBT343V2BQGA33ROEEDY7TRAQYKGS6JVVKKSDJFHCLRSG6JMKYO54WLGSXSB6JIYY&share_img=https%3A%2F%2Fcommimg.us.kwcdn.com%2Fgoods-detail-image%2F35b7c2%2FEXu9GSO88J%2F23a1cb6d381349edbdbbbc5d02e4f903.png&share_ui_type=1&_oaksn_=Uv1qgcJ9esMWFdsZL1T7wwAzsjRam4vnFV7AYzg%2BZ4w%3D |

| No | Seller's Name | Copyrighted Photo | Infringer's Photo | Link to Infringing Photo |
|---|---|---|---|---|
| 5 | Haikouxiuyingquyifangfushishangxing(getigong shanghu) dba Miraee local | | | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601103527412021&from_share=1&refer_share_id=c9730355-9ddb-4c92-a901-9c9b576e&refer_share_channel=copy_link&spec_id=15071&spec_gallery_id=345985&_oak_page_source=417&_oak_region=211&refer_share_suin=RSSBBT663STPMMYL4RQGA33ROEEDY7TRAQYKGS6JVVKKSDJFT4MOOIWNVUYZWC67DNQF645CUY&share_img=https%3A%2F%2Fcommimg.us.kwcdn.com%2Fgoods-detail-image%2F35b7c2%2FEXu9GSO88J%2F64deb0fe02504afb9e7ecaff8fdb9fc8.png&share_ui_type=1&_oaksn_=5sh0oqxAjuNUirR9hI3wvqh0Yh4COSA7EWb1VR8UR%2Fs%3D |
| 6 | kuangzhil | | | https://www.temu.com/women-s-retro-hooded-long-sleeve-dress-adjustable-drawstring-hood-solid-black--length-with-waist-tie-closure-machine-washable-durable-fabric-for-halloween-costumes-themed-parties-casual-outfits-vintage--party-casual-attire--versatile-fit-halloween-costume-for-women-cosplay-outfit-for-women-halloween-costume-women-women-halloween-costume-role-play-costume-cosplay-for-women-g-601103266892033.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F6641a5c462bb4a82aa3e9ffa496f91c3-goods.jpeg&spec_id=3002&spec_gallery_id=292162&refer_page_sn=10032&refer_source=10016&freesia_scene=11&_oak_freesia_scene=11&_oak_rec_ext_1=NDM0NA&_oak_gallery_order=1207033336%2C57401161&_oak_mp_inf=EIGSyZW01ogBGhZnb29kc19qdG9mazlfcmVjb21tZW5kIMG3uferMw%3D%3D&spec_ids=3002&refer_page_el_sn=200444&_x_share_id=c9730355-9ddb-4c92-a901-9c9b576e&_x_sessn_id=l2tehd6jq2&refer_page_name=goods&refer_page_id=10032_1764139882607_d9i54hdgnb |

| No | Seller's Name | Copyrighted Photo | Infringer's Photo | Link to Infringing Photo |
|---|---|---|---|---|
| 7 | Curvy Queen P | | | https://www.temu.com/plus-size-plus-size-y2k-gothic-dress-halloween-vampire-party-clubwear--style-with-ripped-mesh-sleeves-metal-studs-chain-details-3d-tailored--fit-bodycon-dress-g-601103527636332.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2F59dc4546-fd04-4808-87d8-148762a14d3c.jpg&spec_id=15071&spec_gallery_id=346056&refer_page_sn=10040&refer_source=0&freesia_scene=213&_oak_freesia_scene=213&_oak_rec_ext_1=MTg1Mg&_oak_gallery_order=1498226249%2C1621961780%2C1941340209%2C933559834%2C1731539363&_oak_mp_inf=EOza85G11ogBGh5yZXNfbGlzdF9nNmV4NnExbW1kbXNndGF5eWplZmsg4dCu96sz&spec_ids=15071%2C3002%2C16093&refer_page_el_sn=204279&_x_share_id=c9730355-9ddb-4c92-a901-9c9b576e&_x_sessn_id=l2tehd6jq2&refer_page_name=mall&refer_page_id=10040_1764139705740_3qrzfwjgrj&is_back=1 |
| 8 | Curvy Queen X | | | https://www.temu.com/goods.html?refer_share_id=JBVKOt54LmnR50k8MBC39SW2Gxnyn8tq&refer_share_channel=copy_link&_bg_fs=1&share_video=https%3A%2F%2Fgoods-vod.kwcdn.com%2Fgoods-video%2Fdf649d9fabce1d533576b7e1c3489f1b15798fd6gs2CV.f30.mp4&spec_gallery_id=320937&from_share=1&share_video_height=960&share_imessage_opt=1&spec_id=3002&share_img=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F28f922375b3d4662b2dfb489ac6c06e1-goods.jpeg&share_ui_type=1&goods_id=601103559645034&share_video_width=720&_oak_page_source=417&_oak_region=211&_oaksn_=UbjdoLXs6IUK3hz%2BWDB5qjPTEZTYco%2FgYOgq%2BUrAg5s%3D |

| No | Seller's Name | Copyrighted Photo | Infringer's Photo | Link to Infringing Photo |
|---|---|---|---|---|
| 9 | Yuanzhuo(guangzhou)dianzishangwu Co., Ltd. dba PP Local | | | https://www.temu.com/goods.html?refer_share_id=eysGQOjcPFrM31EIyea0MSgRR1Z5PDHU&refer_share_channel=copy_link&_bg_fs=1&share_video=https%3A%2F%2Fgoods-vod.kwcdn.com%2Fgoods-video%2F5a14f13a521934e27f410fbaf98af7fe57b6b713gs2CV.f30.mp4&spec_gallery_id=127992&from_share=1&share_video_height=960&share_imessage_opt=1&spec_id=3002&share_img=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2Fbf92cfb5-cac9-4f10-8a05-ce7bfd529825.jpg&share_ui_type=1&goods_id=601101113252690&share_video_width=720&_oak_page_source=417&_oak_region=211&_oaksn_=zJZAnRmAtRZP5ElQD6akCSt%2Bv2blQJ96vfucl7F05ok%3D&is_back=1 |
| 10 | Hong Kong Jinrun Commerce Limited dba peerpme | | | https://www.temu.com/-lace-up-strap-hoodie-sleeveless-hip-hugging-skirt-with-metallic-v-neck-and-asymmetrical-drawstring-ruched-detailing-for-spring-summer-streetwear-g-601100114378504.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2F1362c2b7-e513-46c5-bb89-19005d8da302.jpg&spec_id=3002&spec_gallery_id=86859&refer_page_sn=10032&refer_source=10016&freesia_scene=11&_oak_freesia_scene=11&_oak_rec_ext_1=MTg1Nw&_oak_gallery_order=1742113960&_oak_mp_inf=Elj%2Bqrao1ogBGhZnb29kc19xcG1kcDBfcmVjb21tZW5kINOg5vWrMw%3D%3D&spec_ids=3002&refer_page_el_sn=200444&_x_share_id=eysGQOjcPFrM31EIyea0MSgRR1Z5PDHU&refer_page_name=goods&refer_page_id=10032_1764136406122_vjf3pl50nm&_x_sessn_id=oh7aj1y70t |
| 11 | Hong Kong Jinrun Commerce Limited dba Faded Fable | | | https://www.temu.com/casual-hooded-eyelet-deep-v-neck-dress-for-women-g-601101267191728.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2F9d69f15e-b9b1-4a6e-97fa-6863ced46a61.jpg&spec_id=3002&spec_gallery_id=127512&refer_page_sn=10017&refer_source=10016&freesia_scene=11&_oak_freesia_scene=11&_oak_rec_ext_1=MTg5NQ&_oak_gallery_order=1608864024%2C879941246&_oak_mp_inf=ELCPhdys1ogBGhZnb29kc19vdTBrYzNfcmVjb21tZW5kIPPttvmrMw%3D%3D&spec_ids=3002&refer_page_el_sn=200444&refer_page_name=bgn_verification&refer_page_id=10017_1764148706051_ti4ln4o0bg&_x_share_id=eysGQOjcPFrM31EIyea0MSgRR1Z5PDHU&_x_sessn_id=oh7aj1y70t |

| No | Seller's Name | Copyrighted Photo | Infringer's Photo | Link to Infringing Photo |
|---|---|---|---|---|
| 12 | Shenzhenshilonggangqulaisifuzhuangshangxing dba DELEWAN | | | https://www.temu.com/cross-tie-drawstring-ruched-hooded-tunics-versatile-long-sleeve-ruched-solid-hooded-top-womens-clothing-g-601099600246062.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2Ffbed595431a8d97dc605e1bb78aafe75.jpg&spec_id=3002&spec_gallery_id=4797&refer_page_sn=10032&refer_source=10016&freesia_scene=11&_oak_freesia_scene=11&_oak_rec_ext_1=MjMyNA&_oak_gallery_order=2113381355%2C703894333&_oak_name_id=3454101627068892283&_oak_mp_inf=EK7qlsGm1ogBGhZnb29kc19iejhrNWRfcmVjb21tZW5kIIjl8vurMw%3D%3D&spec_ids=3002&refer_page_el_sn=200444&_x_share_id=XK9Q9kvODuPPHWt7e1ImurXjpayzxItY&_x_sessn_id=dz5u36rx0n&refer_page_name=goods&refer_page_id=10032_1764149210784_0zc2m7si6p |
| 13 | Yuanzhuo(guangzhou)dianzishangwu Co., Ltd. dba Scaripi | | | https://www.temu.com/goods.html?refer_share_id=XK9Q9kvODuPPHWt7e1ImurXjpayzxItY&refer_share_channel=copy_link&_bg_fs=1&share_video=https%3A%2F%2Fgoods-vod.kwcdn.com%2Fgoods-video%2Fd6f5689dd54160540367643306d96c30c3426bddgs2CV.f30.mp4&spec_gallery_id=8050&from_share=1&share_video_height=960&share_imessage_opt=1&spec_id=3002&share_img=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2Fbf92cfb5-cac9-4f10-8a05-ce7bfd529825.jpg&share_ui_type=1&goods_id=601099640618084&share_video_width=720&_oak_page_source=417&_oak_region=211&_oaksn_=FksaEyqWq1jOSXDniIuUUNYhjWEFo3swP6tpsVC7LH0%3D&is_back=1 |

| No | Seller's Name | Copyrighted Photo | Infringer's Photo | Link to Infringing Photo |
|---|---|---|---|---|
| 14 | Haikouxiuyingquyifangfushishangxing(getigongshanghu) dba Bewitching Ensembles | | | https://www.temu.com/plus-size-womens-gothic-party-dress--form-fitting-black-costume-with-hooded-neckline-metallic-eyelets--machine-washable-for-club-evening--size-friendly-goth-dress-sleek-fabric-g-601099995437077.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F8355e44febe94f43a1a0349dcd926ba2-goods.jpeg&spec_id=3002&spec_gallery_id=194077&refer_page_sn=10040&refer_source=0&freesia_scene=213&_oak_freesia_scene=213&_oak_rec_ext_1=MTg5NQ&_oak_gallery_order=1468531247%2C1052768985&_oak_mp_inf=EJWwz%2Fn1ogBGh5yZXNfbGlzdF93OGhmeGlrN2Z2bnFtdjQzN2lmYnIgq%2BKS%2Fqsz&spec_ids=3002&refer_page_el_sn=204279&_x_share_id=XK9Q9kvODuPPHWt7e1ImurXjpayzxItY&_x_sessn_id=dz5u36rx0n&refer_page_name=mall&refer_page_id=10040_1764153929176_rvpe5guc6w |
| 15 | HONG KONG YUANLU SUPPLY CHAIN MANAGEMENT CO., LIMITED dba Iusine | | | https://www.temu.com/goods.html?refer_share_id=DSiCZZVlufoVTh7HteryDLaz9Cr5jWv3&refer_share_channel=copy_link&_bg_fs=1&spec_gallery_id=68486&from_share=1&share_imessage_opt=1&spec_id=15090&goods_id=601099900644221&_oak_page_source=417&_oak_region=211&share_img=https%3A%2F%2Fcommimg.us.kwcdn.com%2Fgoods-detail-image%2F35b7c2%2F4Iip3C8a5h%2Fa2733142de7247dba802ea1d54565769.png&share_ui_type=1&_oaksn_=WyEgTUABnDRPKzuX3rlJYvIPawcT8co6lZ9Bp2%2BYu7I%3D |
| 16 | Liuyin dba Kekenvzhuang | | | https://www.temu.com/goods.html?refer_share_id=PRwfYrKAelt1KtDp464C4aeXnLiB81B4&refer_share_channel=copy_link&_bg_fs=1&spec_gallery_id=198893&from_share=1&share_imessage_opt=1&spec_id=16062&goods_id=601100414961293&_oak_page_source=417&_oak_region=211&share_img=https%3A%2F%2Fcommimg.us.kwcdn.com%2Fgoods-detail-image%2F35b7c2%2F4Iip3C8a5h%2F349fc375c5ad4b148e0d4c10a27d4241.png&share_ui_type=1&_oaksn_=pS5zDB4crd8w6P9MCVboJNbgCgexMsngb4OlxvGV310%3D |
| | | VA0002422339 | | |

| No | Seller's Name | Copyrighted Photo | Infringer's Photo | Link to Infringing Photo |
|---|---|---|---|---|
| 17 | Shenzhenshidapengxinquyifangbuluofushishangxing dba yifang | | | https://www.temu.com/goods.html?refer_share_id=TjAGy82ZvPwYeLSChaA8FoJ59IKNYI8W&refer_share_channel=copy_link&_bg_fs=1&spec_gallery_id=2030&from_share=1&share_imessage_opt=1&spec_id=16101&goods_id=6010099547215464&_oak_page_source=417&_oak_region=211&share_img=https%3A%2F%2Fcommimg.us.kwcdn.com%2Fgoods-detail-image%2F35b7c2%2F4Iip3C8a5h%2F123c19d8a24842ce9ff7661789292086.png&share_ui_type=1&_oaksn_=aIHk16z%2Bq3pVbI9IY6x8rzd3p6U0r61bQK5Mq9onUY0%3D |
| | | VA0002422346 | | |
| 18 | derongxiaodian | | | https://www.temu.com/goods.html?refer_share_id=Cg8bRTWj18XRNibzlngToQzAHKo1PY1y&refer_share_channel=copy_link&_bg_fs=1&spec_gallery_id=404950&from_share=1&share_imessage_opt=1&spec_id=16080&goods_id=601104697108906&_oak_page_source=417&_oak_region=211&share_img=https%3A%2F%2Fcommimg.us.kwcdn.com%2Fgoods-detail-image%2F35b7c2%2F4Iip3C8a5h%2F491e36b947104e39b28dab0da6f84392.png&share_ui_type=1&_oaksn_=2BEOOXmWv83g5kZgWNZwRJfEA0Tw2UtgvC0eRSlG%2FEU%3D |
| 19 | Chenxianfeng dba xianfengxiaodian | | | https://www.temu.com/goods.html?refer_share_id=zPUpFTtcuAPgMA8177iOwf1jKAINat5X&refer_share_channel=copy_link&_bg_fs=1&spec_gallery_id=414540&from_share=1&share_imessage_opt=1&spec_id=16080&goods_id=601104737768692&_oak_page_source=417&_oak_region=211&share_img=https%3A%2F%2Fcommimg.us.kwcdn.com%2Fgoods-detail-image%2F35b7c2%2FEXu9GSO88J%2F5749cf7e71514af9bfa293ff7677ca50.png&share_ui_type=1&_oaksn_=kkG0GsNFXOJjhnw9vJogRsMK9GyzlepymdNr894QxOI%3D |

| No | Seller's Name | Copyrighted Photo | Infringer's Photo | Link to Infringing Photo |
|----|--------------|-------------------|-------------------|--------------------------|
| 20 | Poetic Art | | | https://www.temu.com/zip-up-hoodie-a-line-dress-color-block-long-sleeve-drawstring-cable-knit-dress-for--womens-clothing-g-601099619825852.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2F434b4779-3886-478e-bc42-f41972624142.jpg&spec_id=22028&spec_gallery_id=5422&refer_page_sn=10040&refer_source=10018&freesia_scene=14&_oak_freesia_scene=14&_oak_rec_ext_1=MjUxNA&_oak_mp_inf=ELzxwcqm1ogBGhUwMHZhY3V1ODM2OGxlemZ6bm5qNWQgwcaNuLAz&spec_ids=22028&refer_page_el_sn=201265&_x_sessn_id=inv9fe3jbl&refer_page_name=mall&refer_page_id=10040_1765349224306_e78sr5f8f3&is_back=1 |
| 21 | Guangzhouxinyimeifuzhuang Co., Ltd. dba yuanyshop | | | https://www.temu.com/goods.html?refer_share_id=lnhlyPusu6QN3dSPE9ElksVB648QyGr3&refer_share_channel=copy_link&_bg_fs=1&spec_gallery_id=12719&from_share=1&share_imessage_opt=1&spec_id=3002&goods_id=6010099651637280&_oak_page_source=417&_oak_region=211&share_img=https%3A%2F%2Fcommimg.us.kwcdn.com%2Fgoods-detail-image%2F35b7c2%2F4Iip3C8a5h%2F83cc7f7a0bbc4f6688d4484604a307f4.png&share_ui_type=1&_oaksn_=MLyc58g%2B4%2B%2FxRiVsLp6R2RAZ9bLRQv3QLptbJPDGCEA%3D |
| 22 | Guangzhouziqinfushi Co., Ltd. dba MIAO Fashion CLothing | | | https://www.temu.com/goods.html?refer_share_id=GLuqRGcJTUhFnBJeVu5zX6RfsyKUT4US&refer_share_channel=copy_link&_bg_fs=1&spec_gallery_id=4965&from_share=1&share_imessage_opt=1&spec_id=16062&goods_id=601099608864439&_oak_page_source=417&_oak_region=211&share_img=https%3A%2F%2Fcommimg.us.kwcdn.com%2Fgoods-detail-image%2F35b7c2%2F4Iip3C8a5h%2Fbfdb0441b9a145e9ae0e836ede8e88db.png&share_ui_type=1&_oaksn_=SYIR3p9CN8N2RY1BbNKJMYfWG5xpgTFBaHGDknbndcM%3D |
| 23 | Yuanzhuo(guangzhou)dianzishangwu Co., Ltd. dba Vogue Station | | | https://www.temu.com/goods.html?refer_share_id=lZ7r0JpvZTqdGLQveIUOMtq35kGnwydq&refer_share_channel=copy_link&_bg_fs=1&spec_gallery_id=1&from_share=1&share_imessage_opt=1&spec_id=16057&goods_id=601099638792040&_oak_page_source=417&_oak_region=211&share_img=https%3A%2F%2Fcommimg.us.kwcdn.com%2Fgoods-detail-image%2F35b7c2%2F4Iip3C8a5h%2Fefb5102c7c14405a908c12ee162dfa70.png&share_ui_type=1&_oaksn_=%2FTtVH2jr3SlCxVrypvJe0%2B35jQpxiJN%2F%2BE4wUUYG4O0%3D |

| No | Seller's Name | Copyrighted Photo | Infringer's Photo | Link to Infringing Photo |
|---|---|---|---|---|
| 24 | Ms Tulip L | | | https://www.temu.com/goods.html?refer_share_id=9TV4Xhmt0Z72NSKLWfAgulG4txif0Hzo&refer_share_channel=copy_link&_bg_fs=1&spec_gallery_id=135899&from_share=1&share_imessage_opt=1&spec_id=16057&goods_id=601101097606552&_oak_page_source=417&_oak_region=211&share_img=https%3A%2F%2Fcommimg.us.kwcdn.com%2Fgoods-detail-image%2F35b7c2%2F4Iip3C8a5h%2Fe46aad4dd497403ba00b21fb2575a63e.png&share_ui_type=1&_oaksn_=TT%2Fzi9XPFs6thnpIYW%2FBdsa4TlWQglf%2FM76pcr0SgDE%3D |
| | | | VA0002407257 | |
| 25 | HONG KONG SHENGQIAN TECHNOLOGY CO., LIMITED dba GOSUGUU | | | https://www.temu.com/goods.html?refer_share_id=MnbWl6kqVBkI7dQCT7qlzrVX2Ji7txpr&refer_share_channel=copy_link&_bg_fs=1&spec_gallery_id=471986&from_share=1&share_imessage_opt=1&spec_id=40183&goods_id=601105351765980&_oak_page_source=417&_oak_region=211&share_img=https%3A%2F%2Fcommimg.us.kwcdn.com%2Fgoods-detail-image%2F35b7c2%2FEXu9GSO88J%2F6aaac2c265e84830abcfa88dfe88ccea.png&share_ui_type=1&_oaksn_=eFYNK6qo5Nlqm2%2F%2B7aLY5LCxGq097inZC54JesveJ0A%3D |
| 26 | Wuhanweiyukeji Co., Ltd. dba GlobeCurve | | | https://www.temu.com/goods.html?refer_share_id=LpjENtMAFBGZKBUVsoR8rERXMNWmGoCo&refer_share_channel=copy_link&_bg_fs=1&spec_gallery_id=433243&from_share=1&share_imessage_opt=1&spec_id=3002&goods_id=601104577850717&_oak_page_source=417&_oak_region=211&share_img=https%3A%2F%2Fcommimg.us.kwcdn.com%2Fgoods-detail-image%2F35b7c2%2FEXu9GSO88J%2Fa058a25f718b4ad9a24fafc0cd87aa28.png&share_ui_type=1&_oaksn_=Bm2p4AqXQsou%2FTZadJIJ0ogZnltJE%2B9%2BkkqL65LLzYY%3D |
| | | | VA0002422344 | |
| 27 | Anhuixiaoheipidianzishangwu Co., Ltd. dba XHP Beauty Set | | | https://www.temu.com/goods.html?refer_share_id=oyhbFUoBy6yrmfczICSBDxd84F56Tg3T&refer_share_channel=copy_link&_bg_fs=1&spec_gallery_id=4566&from_share=1&share_imessage_opt=1&spec_id=16093&goods_id=601099587797607&_oak_page_source=417&_oak_region=211&share_img=https%3A%2F%2Fcommimg.us.kwcdn.com%2Fgoods-detail-image%2F35b7c2%2F4Iip3C8a5h%2Fa9ed3cf197b6425b809af581b23f9f1e.png&share_ui_type=1&_oaksn_=RXsHCbgqI1XUmsUnEPEVrcwRJiIvu93weLbhqSGPMtw%3D |
| | | | VA0002422341 | |

| No | Seller's Name | Copyrighted Photo | Infringer's Photo | Link to Infringing Photo |
|---|---|---|---|---|
| 28 | Hong Kong Aoqian Information Technology Company Limited dba Waka Waka Fashion | | | https://www.temu.com/goods.html?refer_share_id=k8NI71iBuHkaIABwuPElnBxatr1jDiyj&refer_share_channel=copy_link&_bg_fs=1&spec_gallery_id=277942&from_share=1&share_imessage_opt=1&spec_id=16062&goods_id=601102767245379&_oak_page_source=417&_oak_region=211&share_img=https%3A%2F%2Fcommimg.us.kwcdn.com%2Fgoods-detail-image%2F35b7c2%2F4Iip3C8a5h%2Faf1e0505b5e04e77ae4c1ec5ade38272.png&share_ui_type=1&_oaksn_=HxuyrL7nT9HDrN77ujvlQt%2B1hQMXSRA7hjs0IbdrSF4%3D |
| 29 | Jinhuashisiniumaoyi Co., Ltd. dba Siniu Two Local | | | https://www.temu.com/goods.html?_bg_fs=1&refer_share_id=TNO5e8gXDj8m6oBq6OhIPmBMnQsh3fES&refer_share_channel=copy_link&from_share=1&share_imessage_opt=1&goods_id=601102787677664&_oak_page_source=417&_oak_region=211&share_img=https%3A%2F%2Fcommimg.us.kwcdn.com%2Fgoods-detail-image%2F35b7c2%2F4jAanRjQw8%2Fa7da530068c84067b094cc9b1586ab11.png&share_ui_type=1&_oaksn_=5FSPVt%2FWJjudzQQ5nSydkspNFiGC3W9gB9yO%2FdHBrgk%3D |
| 30 | Jinhuashisiniumaoyi Co., Ltd. dba Siniu One local | | | https://www.temu.com/goods.html?_bg_fs=1&refer_share_id=vitUR3FxjyAz0jurDIlYP6m37E1SP7XW&refer_share_channel=copy_link&from_share=1&share_imessage_opt=1&goods_id=601102790907743&_oak_page_source=417&_oak_region=211&share_img=https%3A%2F%2Fcommimg.us.kwcdn.com%2Fgoods-detail-image%2F35b7c2%2F4jAanRjQw8%2F55bdb6b44ded4d3caf6f5e45a6891f45.png&share_ui_type=1&_oaksn_=uJVt8c8bR4md7Rmqpp%2BcGME8EuSCMCyBNxo5ccu73NA%3D |