# Exhibit 1

**Registration Number**

# VA 2-422-339

**Effective Date of Registration:**
August 02, 2024
**Registration Decision Date:**
November 18, 2024

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:**  February 29, 2020 to December 14, 2020

### Title
_____

**Title of Group:**  women's clothing 2020
**Number of Photographs in Group:**  196

- **Individual Photographs:**  4654505-1,
4654505-2,
4654505-3,
4654505-4,
4654505-5,
4654505-6,
4654505-7,
4654505-8,
**Published:**  February 2020

- **Individual Photographs:**  4661655-1,
4661655-2,
4661655-3,
4661655-4,
4661655-5,
4661655-6,
4658217-1,
4658217-2,
4658217-3,
4658217-4,
4658217-5,
**Published:**  March 2020

- **Individual Photographs:**  4677943-1,
4677943-2,
4677943-3,
4677943-4,
4677943-5,
**Published:**  May 2020

- **Individual Photographs:**  4692393-1,
4692393-2,
4692393-3,

|  |  | 4692393-4, |
|--|--|--|
|  |  | 4692393-5, |
|  |  | 4692393-6, |
|  |  | 4646681-1, |
|  |  | 4646681-2, |
|  |  | 4646681-3, |
|  |  | 4646681-4, |
|  |  | 4646681-5, |
|  |  | 4646681-6, |
|  | **Published:** | June 2020 |

- **Individual Photographs:** 4697383-1,
  4697383-2,
  4697383-3,
  4697383-4,
  4697383-5,
  4697383-6,
  4697383-7,
  4700145-1,
  4700145-2,
  4700145-3,
  4700145-4,
  4700145-5,
  4701144-1,
  4701144-2,
  4701144-3,
  4701144-4,
  4701144-5,
  **Published:** July 2020

- **Individual Photographs:** 4698722-1,
  4698722-2,
  4698722-3,
  4698722-4,
  4698722-5,
  4698722-6,
  4698722-7,
  4698722-8,
  4698722-9,
  4698722-10,
  4698722-11,
  4698722-12,
  4703619-1,
  4703619-2,
  4703619-3,
  4703619-4,
  4703619-5,
  4703619-6,
  4703619-7,
  **Published:** August 2020

- **Individual Photographs:** 4709636-1,
  4709636-2,
  4709636-3,
  4709636-4,
  4709636-5,
  4709636-6,
  4734083-1,

4734083-2,
4734083-3,
4734083-4,
4734083-5,
4734083-6,
4715314-1,
4715314-2,
4715314-3,
4715314-4,
4715314-5,
4715314-6,
4713479-1,
4713479-2,
4713479-3,
4713479-4,
4713479-5,
4713479-6,
4736559-1,
4736559-2,
4736559-3,
4736559-4,
4736559-5,
4736559-6,
4736559-7,
4736559-8,
4736559-9,
4736559-10,
4736559-11,
4736559-12,
4736559-13,
4714549-1,
4714549-2,
4714549-3,
4714549-4,
4714549-5,
4714549-6,
4714549-7,
4714549-8,

**Published:** September 2020

- **Individual Photographs:** 4746047-1,
4746047-2,
4746047-3,
4746047-4,
4746047-5,
4746047-6,

**Published:** October 2020

- **Individual Photographs:** 4750576-1,
4750576-2,
4750576-3,
4750576-4,
4750576-5,
4750576-6,
4750576-7,
4750576-8,
4750576-9,
4750576-10,

|  | 4752727-1,<br>4752727-2,<br>4752727-3,<br>4752727-4,<br>4752727-5,<br>4752727-6,<br>4752727-7,<br>4752727-8,<br>4752727-9,<br>4752727-10,<br>4752727-11,<br>4752727-12,<br>4752727-13,<br>4753608-1,<br>4753608-2,<br>4753608-3,<br>4753608-4,<br>4753608-5,<br>4752272-1,<br>4752272-2,<br>4752272-3,<br>4752272-4,<br>4752272-5,<br>4752272-6,<br>4752272-7 |
|---|---|
| **Published:** | November 2020 |

- **Individual Photographs:** 4757322-1,
4757322-2,
4757322-3,
4757322-4,
4757322-5,
4757322-6,
4757322-7,
4757322-8,
4757322-9,
4757322-10,
4757322-11,
4754541-1,
4754541-2,
4754541-3,
4754541-4,
4754541-5,
4753407-1,
4753407-2,
4753407-3,
4753407-4,
4753407-5,
4753407-6,
4753407-7,
4753407-8,
4753407-9,
4753407-10,
4717523-1,
4717523-2,
4717523-3,
4717523-4,
4717523-5,

|  | 4717523-6,<br>4717523-7,<br>4717523-8,<br>4717523-9,<br>4717523-10,<br>4717523-11,<br>4717523-12, |
| ---: | --- |
| **Published:** | December 2020 |

## Completion/Publication

| | |
| ---: | --- |
| **Year of Completion:** | 2020 |
| **Earliest Publication Date in Group:** | February 29, 2020 |
| **Latest Publication Date in Group:** | December 14, 2020 |
| **Nation of First Publication:** | United States |

## Author

| | |
| ---: | --- |
| • **Author:** | Wumei Lin |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | China |

## Copyright Claimant

| | |
| ---: | --- |
| **Copyright Claimant:** | Shenzhen Daisili Commercial Co., Ltd.<br>A301, Building A and B, No. 1, Chuangjin, District 28, Dalang Community, Xin'an Street, Bao'an Distr, Shenzhen, 518000, China |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

| | |
| ---: | --- |
| **Organization Name:** | Shenzhen Daisili Commercial Co., Ltd. |
| **Name:** | Wumei Lin |
| **Email:** | 877217435@qq.com |
| **Telephone:** | +8615989367146 |
| **Address:** | Ma'anshan Community, Xixiang Street, Bao'an District, Shenzhen City, Guangdong Province, China<br>Shenzhen 518000 China |

## Certification

| | |
| ---: | --- |
| **Name:** | Wumei Lin |
| **Date**: | August 02, 2024 |

| | |
| ---: | --- |
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.