# Exhibit 2

| Seller's Name | Link to Seller's Website |
| --- | --- |
| Shenzhenshidapengxinquyifangbuluof ushishangxing<br>dba<br>yifang | https://www.temu.com/mall.html?_bg_fs=1&mall_id= 706938458181&goods_id=601099547215464&sticky_ type=3&refer_page_el_sn=200446&_x_share_id=TjA Gy82ZvPwYeLSChaA8FoJ59IKNYI8W&refer_page_ name=goods&refer_page_id=10032_1764574686060_ z0ss9f46h6&refer_page_sn=10032&_x_sessn_id=17m pmt801x |

| Copyrighted Photo | Infringer's Photo | Link to Infringing Photo |
| --- | --- | --- |
| VA0002422339 | | |
|  | | https://www.temu.com/goods.html?r efer_share_id=TjAGy82ZvPwYeLS ChaA8FoJ59IKNYI8W&refer_shar e_channel=copy_link&_bg_fs=1&s pec_gallery_id=2030&from_share= 1&share_imessage_opt=1&spec_id= 16101&goods_id=60109954721546 4&_oak_page_source=417&_oak_re gion=211&share_img=https%3A%2 F%2Fcommimg.us.kwcdn.com%2F goods-detail-image%2F35b7c2%2F4Iip3C8a5h% 2F123c19d8a24842ce9ff766178929 2086.png&share_ui_type=1&_oaks n_=aIHk16z%2Bq3pVbI9IY6x8rzd 3p6U0r61bQK5Mq9onUY0%3D |

2/4/26, 8:43 AM                                                    Temu | Order Detail

## Delivered

🔒 All data is safeguarded

Order time: Jan 20, 2026    Order ID: PO_211-16109981566072424

Order confirmation was sent on Jan 20, 2026 to ███████████.com ⟩

### Shipping to



CHICAGO, IL 60606-7147, United States

### Delivery time
✓ Delivered on Feb 2, 2026

htt

2