IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHENZHEN DAISILI COMMERCIAL CO., LTD, <br><br> Plaintiff, <br><br> v. <br><br> SHENZHENSHIDAPENGXINQU YIFANGBULUOFUSHISHANGXING D/B/A YIFANG, <br><br> Defendant. | Case No. 1:26-cv-01066 <br><br><br> Honorable Judge April M. Perry <br><br> Magistrate Maria Valdez |

**ORDER FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY AND SERVICE OF PROCESS BY E-MAIL AND/OR ELECTRONIC PUBLICATION**

This matter is before the Court on Plaintiff Shenzhen Daisili Commercial Co., Ltd.'s ("Plaintiff") Motion for Electronic Service and Expedited Discovery (the "Motion") against SHENZHENSHIDAPENGXINQUYIFANGBULUOFUSHISHANGXING D/B/A YIFANG, identified in Plaintiff's Exhibit 2 to Plaintiff's First Amended Complaint at Law ("Defendant"). After reviewing the Motion and the accompanying documents, this Court GRANTS the Motion as follows.

This Court finds, in the absence of adversarial presentation, that it has personal jurisdiction over the Defendant because Defendant directly targets its business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defendant has targeted sales to Illinois residents by setting up and operating at least one e-commerce store that targets United States consumers using at least one seller alias, offers shipping to the United States, including Illinois, and has sold products using infringing versions of

Plaintiff's federally registered copyright, which is protected by U.S Copyright Registration No. VA0002422339 to residents of Illinois. Accordingly, this Court orders that:

1. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for the Defendant, or in connection with the Defendant Internet Store, including, without limitation, any online marketplace platforms such as Temu, LLC ("Temu") (the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

   a. the identities and locations of Defendant, its officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

   b. the nature of Defendant's operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Defendant Internet Store and Defendant's financial accounts, including Defendant's sales and listing history related to its Internet Store; and

   c. any financial accounts owned or controlled by Defendant, including its officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without

      limitation, Temu, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

2. Plaintiff may provide notice of the proceedings in this case to Defendant, including notice of this order and any hearings, and service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website or by sending an e-mail with a link to said website to the e-mail addresses provided for Defendant by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "YIFANG." The combination of providing notice via electronic publication or e-mail, along with any notice that Defendant receives from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendant of the pendency of the action and afford Defendant the opportunity to present its objections.

3. Defendant or any third party impacted by this Order may move for appropriate relief subject to the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules.

Date: February 9, 2026

                                        *April M Perry*
                              _____
                              Honorable April M. Perry
                              United States District Judge