## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Shenzhen Daisili Commercial Co., Ltd.

                                            Plaintiff,

v.                                                 Case No.: 1:26−cv−01066

                                                Honorable April M. Perry

Shenzhenshidapengxinquyifangbuluofushishangxing d/b/a yifang, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 9, 2026:

      MINUTE entry before the Honorable April M. Perry: Plaintiff's motion for entry of a temporary restraining order [18] is granted, consistent with the accompanying order. Plaintiff's written submissions establish that if Defendant was informed of this proceeding before a TRO could issue, assets would likely be redirected, defeating Plaintiff's interests in identifying Defendant, stopping the infringement, and obtaining an accounting. The Court finds that (1) the submitted evidence establishes a likelihood of success on the merits (including evidence of active infringement and sales into Illinois); (2) the harm to Plaintiff is irreparable and cannot be fully compensated by money damages; (3) an injunction is in the public interest because of the consumer confusion caused by counterfeit goods and infringement interferes with Plaintiff's ability to control its intellectual property; and (4) there is no countervailing harm to Defendant from an order directing it to stop infringement. If Defendant were to appear and object, the Court will revisit the asset freeze and personal jurisdiction. A $1,000 bond is sufficient to secure the injunctive relief. Enter order. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.